

SELBY P. BROWN
DID: (206) 676-7021
EMAIL: selbyb@summitlaw.com

January 15, 2025

Christopher M. Wolpert
Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

Re: Case No. 22-3163, Blake v. Wallace, et al.

Dear Mr. Wolpert:

We understand that Plaintiff-Appellant Shaidon Blake has personally submitted a petition for panel and/or en banc rehearing, which is currently in the mail. After speaking with Mr. Blake in a phone call on January 15, 2025, we are now conveying his request to withdraw that petition from consideration.

Thank you for your assistance in this matter.

Respectfully,

SUMMIT LAW GROUP, PLLC

Selby P. Brown