# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 22, 2025

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:  Shaidon Blake
           v. (FNU) Wallace, et al.
           No. 24-7046
           (Your No. 22-3163)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on February 27, 2025 and placed on the docket April 22, 2025 as No. 24-7046.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Lisa Nesbitt
                        Case Analyst