In The United States Court of Appeals 10th Cir.

Shaidon Blake
    Plaintiff

v.

Wallace, et. al.

Case No. 5:21-cv-08046-SAC

10th Cir. No. 22-3163

2023 AUG -3 AM 11:02

## Motion to Recall Mandate and to Reinstate Civil Claim

Here Comes Shaidon Blake pro se pursuant to F.R.A.P. 41.2 and 42.2, petitioning this Honorable Court to Recall the mandate in the above captioned civil proceeding, and reinstate the civil claim.

This request is appropriate because the appellate fees are paid in full. See ex# A1

Ex# B1 - Courts order dismissing claim for lack of prosecution pursuant to 10th cir rules 3.3(B) and 42.1, failure to pay filing fees. So according to 10th cir. 42.2 this request is made.

Respectfully Submitted
Shaidon Blake 96323
EDCF PO Box 311
El Dorado, Ks, 67042

A copy of this motion was mailed this 27th day of July 2023 to the office of the Attorney General at 120 SW 10th Ave 2nd Fl Civil Litigation Topeka, Ks. 66612

KDOC_court_file_edcf

| | |
|---|---|
| **From:** | KSD_CMECF@ksd.uscourts.gov |
| **Sent:** | Tuesday, November 1, 2022 12:03 PM |
| **To:** | ksd_nef@ksd.uscourts.gov |
| **Subject:** | Activity in Case 5:21-cv-03046-SAC Blake (ID 96323) v. Wallace et al Appeal Filing Fee Paid |

EXTERNAL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### DISTRICT OF KANSAS

## Notice of Electronic Filing

The following transaction was entered on 11/1/2022 at 12:02 PM CDT and filed on 11/1/2022

**Case Name:** Blake (ID 96323) v. Wallace et al
**Case Number:** 5:21-cv-03046-SAC
**Filer:**
**WARNING: CASE CLOSED on 08/17/2022**
**Document Number:** No document attached

**Docket Text:**
**APPEAL FEE PAID in the amount of $505.00 (Receipt No. 200000177) re Notice of Appeal - Final Judgment [48] filed by Shaidon Blake (Appeal No. 22-03163) (THIS IS A TEXT ONLY ENTRY-NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (jsh)**

5:21-cv-03046-SAC Notice has been electronically mailed to:

John Russell Hicks    jh@nkfirm.com

Natasha M. Carter    natasha.carter@ks.gov, Julie.Horosko@ks.gov

Samuel Patrick Bennett    sbennett@nkfirm.com

Matthew Lee Shoger    matt.shoger@ag.ks.gov, Connie.deckard@ag.ks.gov, Donna.wells@ag.ks.gov, chelsea.zamora@ag.ks.gov

1

**5:21-cv-03046-SAC Notice has been delivered by other means to:**

Jocilyn Oyler
State of Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603

FILED
United States Court of Appeals
Tenth Circuit

October 17, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

SHAIDON BLAKE,

    Plaintiff - Appellant,

v.

(FNU) WALLACE; (FNU) GORMAN; (FNU) CHASTAIN; CENTURION HEALTH SERVICES,

    Defendants - Appellees,

and

CHRISTIAN (LNU),

    Defendant.

No. 22-3163
(D.C. No. 5:21-CV-03046-SAC)
(D. Kan.)

Ex B-1

---

## ORDER

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rules 3.3(B) and 42.1. A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp



Sheldon Blake #96323
EDCF Po Box 311
El Dorado, Ks. 67042

Clerk of Court
U.S. Court of Appeals 10th Cir.
1823 Stout St.
Denver, Co. 80257

Scanned by
US Marshal