FILED
United States Court of Appeals
Tenth Circuit

August 8, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| SHAIDON BLAKE,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>(FNU) WALLACE, et al.,<br><br>   Defendants - Appellees,<br><br>and<br><br>CHRISTIAN (LNU),<br><br>   Defendant. | No. 22-3163<br>(D.C. No. 5:21-CV-03046-SAC)<br>(D. Kan.) |

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter comes before the court on Appellant's *Motion to Recall Mandate and to Reinstate Civil Claim*, filed August 3, 2023. Mr. Blake filed a complaint in the District of Kansas which was then dismissed for failure to state a claim upon which relief may be granted. Mr. Blake promptly filed a notice of appeal.

Mr. Blake has accumulated three strikes under the Prison Litigation Reform Act, which requires Mr. Blake to either pay the full filing fee or show he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). This court issued a show cause order on August 25, 2022, and Mr. Blake responded to the show cause order on

September 22, 2022. This court found that Mr. Blake had failed to show he was in imminent danger of serious physical injury and ordered him to pay the full filing fee by October 13, 2022. Mr. Blake failed to pay the filing fee by the deadline, and this case was terminated on October 17, 2022. Mr. Blake now asks this court to recall its mandate and reinstate his appeal.

Tenth Circuit Rules 41.2 and 42.2 set the standard for recalling a mandate and reinstating an appeal. Rule 41.2 requires a motion to recall the mandate be tendered within one year after the issuance of the mandate unless good cause is shown for the delay. Rule 42.2 requires a motion to reinstate an appeal that was dismissed for failure to prosecute to be filed after the failure has been remedied or with the remedy accompanying the motion. Mr. Blake satisfies both rules.

This court issued its mandate on October 17, 2022. Filing now, Mr. Blake is within one year of the mandate issuing, and thus satisfies Rule 41.2. This appeal was dismissed for Mr. Blake's failure to pay the filing fee by the given deadline; he paid the full filing fee in the district court on November 1, 2022. Thus, Rule 42.2 is also satisfied.

The court GRANTS Mr. Blake's Motion, recalls its mandate, and reinstates his appeal. Pursuant to Tenth Circuit Rules 10.1 and 11.2(B), the Clerk's Office shall prepare and file a record on appeal. A deadline for Mr. Blake's opening brief will be set and communicated to Mr. Blake after the record on appeal is filed.

                                      Entered for the Court
                                      CHRISTOPHER M. WOLPERT, Clerk

                                      By: Allie Parrott
                                          Counsel to the Clerk