FILED
United States Court of Appeals
Tenth Circuit

November 3, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

SHAIDON BLAKE,

    Plaintiff - Appellant,

v.

(FNU) WALLACE; (FNU) GORMAN; (FNU) CHASTAIN; CENTURION HEALTH SERVICES,

    Defendants - Appellees,

and

CHRISTIAN (LNU),

    Defendant.

No. 22-3163
(D.C. No. 5:21-CV-03046-SAC)
(D. Kan.)

_____

**ORDER**
_____

Before **MATHESON**, Circuit Judge.
_____

The court has determined that counsel should be appointed for Appellant Shaidon Blake pursuant to the court's Plan for Appointment of Counsel in Special Civil Appeals ("Plan"). The court has also determined that additional briefing is warranted.

As a preliminary matter, based on the district court's February 16, 2021 order granting Mr. Blake's motion for leave to proceed *in forma pauperis*, this court finds that Mr. Blake is eligible for appointment of counsel under the criteria set forth in the Plan. Accordingly, the court appoints Selby Brown, Hathaway Burden, and Molly Gibbons of

Summit Law Group (collectively referred to herein as "Pro Bono Counsel") to represent Mr. Blake for the remainder of the appeal. Pursuant to the terms of the Plan, Ms. Brown, Ms. Burden, and Ms. Gibbons accept this appointment on a *pro bono* basis[1].

All future filings in connection with this appeal will be served on Pro Bono Counsel, rather than on Mr. Blake. Pro Bono Counsel shall file an entry of appearance within fourteen days from the date of this order.

A record on appeal has been filed in this court pursuant to Tenth Cir. R. 11.2(B). Within twenty days of the date of this order, any party may file such motions to supplement the record on appeal as needed. No appendix need be filed.

Appellant's supplemental opening brief shall be filed and served on or before January 17, 2024, and may address any issues Pro Bono Counsel determine warrant additional briefing. Appellees' response brief shall be filed and served within 30 days after Appellant's supplemental opening brief is served. Appellant's optional reply brief shall be filed and served within 21 days after Appellees' response brief is served. The parties' supplemental briefs shall comply with all Federal Rules of Appellate Procedure and Tenth Circuit Rules applicable to merits briefs.

The appointment of Pro Bono Counsel is limited to representing Mr. Blake in proceedings before this court. The appointment would extend to any proceedings in the United States Supreme Court but only if, in Pro Bono Counsel's judgment, the filing of a

---

[1] Pursuant to the Plan, this appointment is *pro bono* as to both services and expenses. See Addendum II to the Tenth Circuit Rules.

petition seeking a writ of certiorari is warranted. However, the appointment would not extend to any additional proceedings on remand in the district court.

The Clerk is directed to send a copy of this order to all counsel currently of record, to Mr. Blake, and to Ms. Brown, Ms. Burden, and Ms. Gibbons.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk