IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| SHAIDON BLAKE,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>(FNU) WALLACE, et al.,<br><br>Defendant-Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case. No. 22-3163 |

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL OPENING BRIEF**

Plaintiff-Appellant Shaidon Blake, by and through his pro bono counsel, respectfully asks the Court for a 30-day extension of time to file his supplemental opening brief pursuant to 10th Cir. R. 27.6. Mr. Blake's supplemental opening brief is currently due on January 17, 2024. Mr. Blake requests an extension of this deadline to February 16, 2024. No other extensions have been requested in this appeal and counsel for Defendant-Appellees does not oppose this motion.

On November 3, 2023, this court appointed the undersigned to represent Mr. Blake pro bono for the remainder of this appeal. Since being appointed, the undersigned counsel has worked diligently to understand the relevant facts and to analyze the claims at issue. Mr. Blake is incarcerated, which necessarily causes delays in coordination, delays which are likely to be exacerbated by the upcoming holidays. To ensure adequate time to confer with Mr. Blake regarding the

supplemental opening brief and to incorporate his feedback, counsel requests a 30-day extension of the supplemental opening brief deadline.

    For the reasons set forth above, Mr. Blake respectfully asks that the Court extend the deadline for his supplemental opening brief from January 17, 2024, to February 16, 2024.

Respectfully submitted,

SUMMIT LAW GROUP, PLLC

/s/ *Selby P. Brown*
Selby P. Brown, WSBA #59303
Hathaway Burden, WSBA #52970
Molly Gibbons, WSBA #58357
315 5th Ave. S., Ste. 1000
Seattle, WA 98104
selbyb@summitlaw.com
hathawayb@summitlaw.com
mollyg@summitlaw.com
(206) 676-7000
Fax: (206) 676-7001
*Attorney for Plaintiff-Appellant Blake*