FILED
United States Court of Appeals
Tenth Circuit

March 20, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

SHAIDON BLAKE,

    Plaintiff - Appellant,

v.

(FNU) WALLACE, et al.,

    Defendants - Appellees,

and

CHRISTIAN (LNU),

    Defendant.

No. 22-3163
(D.C. No. 5:21-CV-03046-SAC)
(D. Kan.)

_____

**ORDER**

_____

    This matter is before the court following the expiration of the Appellees' deadline to file their response brief.

    On September 8, 2022, Appellees filed a notice of non-participation, informing the court and parties that they did not intend to participate in this appeal. Though this appeal was originally dismissed for failure to prosecute, it was later reinstated in August 2023.

    On November 3, 2023, this court appointed Appellant pro bono counsel to represent him for the remainder of the appeal. In this order, the court noted it had determined that additional briefing was warranted in this appeal. The court directed Appellant to file a supplemental opening brief on or before January 17, 2024, and

Appellees to file a response brief within 30 days after service of the supplemental opening brief.

Following an extension of time, Appellant filed his supplemental opening brief on February 15, 2024. Appellees' response brief was due March 18, 2024. The court has not received a response brief.

Should Appellees choose to not file a response brief and forego the opportunity to be heard at oral argument, *see* Fed. R. App. P. 31(c), **within seven days of the date of this order**, they shall file a subsequent notice of non-participation in light of this court's November 3, 2023, order. Alternatively, Appellees may file a motion seeking an extension of time in which to file their brief.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Allie Parrott
    Counsel to the Clerk