No. 22-3163

———————

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

———————

SHAIDON BLAKE,
*Plaintiff-Appellant,*

v.

(FNU) WALLACE, et. al.,
*Defendants-Appellees*

and

CHRISTIAN (LNU),
*Defendant*

———————

Appeal from the United States District Court for the District of Kansas
Honorable John W. Lungstrum, United States District Judge
Case No. 5:21-cv-03046-JWL

———————

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

———————

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

Ryan J. Ott
  *Assistant Solicitor General*
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
(785) 296-2215
ryan.ott@ag.ks.gov
*Attorney for Defendants-Appellees*
*Wallace, Gorman, and Chastain*

Defendants-Appellees (FNU) Wallace, (FNU) Gorman, and (FNU) Chastain move for an extension of time to file their response brief until April 23, 2024. In support of their motion, Defendants-Appellees state the following:

1.    The brief was due on March 18, 2024.

2.    Defendants-Appellees have not previously requested an extension.

3.    Because this case was dismissed *sua sponte* by the district court on screening, trial counsel for Defendants-Appellees, in accordance with standard practice, filed a notice of non-participation in this Court on September 8, 2022, and did not realize the appeal should be handled any differently once this Court appointed pro bono counsel for Appellant and directed additional briefing.

4.    This Court issued an order on March 20, 2024, noting Defendants-Appellees had not filed a response brief and directed Appellees to file a subsequent notice of non-participation within seven days of the order or a motion seeking an extension of time in which to file their brief.

5. Undersigned counsel was just assigned this case today, March 20, 2024, and requires an extension to adequately prepare a brief.

6. Undersigned counsel contacted counsel for Plaintiff-Appellant to see if Plaintiff-Appellant opposed a 30-day extension from the brief's original due date, to April 17, 2024. Plaintiff-Appellant does not oppose an extension, but requested the deadline be extended to April 23, 2024, instead, due to their schedules.

7. In light of Plaintiff-Appellant's request, Defendants-Appellants request the Court grant an extension until April 23, 2024, to file their brief.

8. Undersigned counsel is unable to dedicate sufficient time to completing the brief earlier because (1) he is currently drafting a joint brief in *Carla Davis, et al. v. U.S. Department of Justice, et al.*, No. 23-3244, in this Court on behalf of 12 state defendants that is due on March 28, 2024; (2) he is currently drafting the brief in *Saint Luke's Health System, Inc., and Saint Luke's South Hospital, In., v. State*

*of Kansas ex rel Amber Shultz, Secretary of Kansas Department of Labor; State of Kansas ex rel Kris Kobach, Attorney General*, No. 127,066, in the Kansas Court of Appeals that is due on March 29, 2024, and is on its second extension; and (3) he has a conditional cross-petition for review that is pending in *State of Kansas v. Gihon*, No. 125,202, in the Kansas Supreme Court that is due on March 25, 2024, among other things.

9.   Defendants-Appellees make this request not to cause unnecessary delay, but to allow additional time to adequately prepare the brief.

Accordingly, Defendants-Appellees request that the Court grant them an extension to file their brief, through April 23, 2024.

Respectfully submitted,

/s/ *Ryan J. Ott*
Ryan J. Ott
  *Assistant Solicitor General*
Office of Kansas Attorney General
Kris W. Kobach
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
(785) 296-2215
ryan.ott@ag.ks.gov
*Attorneys for Defendants-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on March 20, 2024. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF System.

/s/ *Ryan J. Ott*
Ryan J. Ott