# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Shaidon Blake<br><br>Plaintiff-Appellant<br><br>v.<br><br>FNU Wallace, et al.<br>Defendants-Appellees<br>and<br>Christian (LNU),<br>Defendant | Case No. 22-3163 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for:

Chrisitan (LNU), Defendant in the above-captioned case.

*Respectfully Submitted*,

**NORRIS KEPLINGER HICKS & WELDER, LLC**

John Hicks, 20474
/s/ *John Hicks*
11551 Ash Street, Suite 200
Leawood, Kansas 66211
(913) 663-2000
(913) 663-2006 FAX
jh@nkfirm.com
Attorney for Christian (LNU)

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

\_4/18/24_____
Date

/s/ *John Hicks*

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on April 18, 2024.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF System to the following:

SUMMIT LAW GROUP PLLC
Selby P. Brown, WSBA #59303
Hathaway C. Burden, WSBA #52970
Molly J. Gibbons, WSBA #58357
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
(206) 676-7000
Attorneys for Plaintiff-Appellant


OFFICE OF THE ATTORNEY GENERAL
FOR THE STATE OF KANSAS
Ryan Ott
Matthew Shoger
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
(785) 296-2215
Attorneys for (FNU) Wallace, (FNU) Gorman,
(FNU) Chastain

/s/ *John Hicks*
John Hicks