IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| SHAIDON BLAKE, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> (FNU) WALLACE, et al., <br><br> Defendants-Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) | Case. No. 22-3163 |

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Plaintiff-Appellant Shaidon Blake, by and through his pro bono counsel, respectfully asks the Court for a 14-day extension of time to file his reply brief pursuant to 10th Cir. R. 27.6. Mr. Blake's reply brief is currently due on May 9, 2024. Mr. Blake requests an extension of this deadline to May 23, 2024. Counsel for Defendants-Appellees does not oppose this motion. Only one extension has been requested in this appeal, and that extension was with respect to Mr. Blake's supplemental opening brief.

A brief extension of the reply brief deadline is warranted in this case, for at least four reasons.

*First*, Mr. Blake's Complaint was dismissed by the district court at the screening stage, before Defendants-Appellees provided any response to the Complaint. Accordingly, this is the first opportunity that Mr. Blake (and his pro

bono counsel) have had to consider and respond to arguments mounted by Defendants-Appellees.

*Second*, because Defendants-Appellees filed two separate briefs, additional time is needed to properly evaluate and respond to the parties' different arguments.

*Third*, counsel sent Mr. Blake a copy of Defendants-Appellees' briefs as soon as they were final. However, because of mail time, Mr. Blake has not yet received a copy of Defendants-Appellees' response briefs or had a chance to provide feedback on the arguments raised in the response briefs. Mr. Blake has also twice moved facilities since pro bono counsel was appointed, and counsel understands his legal papers are still not with him at his new location.

*Fourth*, Mr. Blake's pro bono legal team has multiple competing deadlines within the time to reply (April 18 and May 9), including but not limited to two summary judgment motions, a post-hearing brief in a complex arbitration, and pre-scheduled depositions. To ensure adequate time to prepare the reply, confer with Mr. Blake, and incorporate his feedback, counsel requests a 14-day extension of the reply brief deadline.

For the reasons set forth above, Mr. Blake respectfully asks that the Court extend the deadline for his reply brief from May 9, 2024, to May 23, 2024.

Signed this 26th day of April, 2024.

        Respectfully submitted,

        SUMMIT LAW GROUP, PLLC

        /s/ *Selby P. Brown*
        Selby P. Brown, WSBA #59303
        Hathaway Burden, WSBA #52970
        Molly Gibbons, WSBA #58357
        315 5th Ave. S., Ste. 1000
        Seattle, WA 98104
        selbyb@summitlaw.com
        hathawayb@summitlaw.com
        mollyg@summitlaw.com
        (206) 676-7000
        Fax: (206) 676-7001
        *Attorney for Plaintiff-Appellant Blake*