IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| SHAIDON BLAKE, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | Case. No. 22-3163 |
| ) | |
| (FNU) WALLACE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# DEFENDANTS' NOTICE OF NON-PARTICIPATION AND OBJECTION TO BEING NAMED AS APPELLEES

Defendants (FNU) Wallace, (FNU) Gorman, and (FNU) Chastain notify the Court and parties that it does not intend to participate in this appeal because this case was dismissed on screening under 28 U.S.C. § 1915A, and no defendants were involved at the District Court level in the screening order now on appeal.

The Defendants named above also object to any defendant being named as an appellee in the current appeal. Currently, the docket for this case lists "(FNU) Wallace; (FNU) Gorman; (FNU) Chastain; [and] Centurion Health Services," as "Defendants-Appellees." Various duties apply to appellees under the rules of procedure applicable to this Court. An appellee is "[a] party against whom an appeal is taken and whose role is to respond to that appeal." *Appellee*, Black's Law Dictionary (11th ed. 2019).

Here, this appeal is not taken against any defendants, but against the District Court's screening order on its own motion under the statutory screening process required under the Prison Litigation Reform Act (PLRA). Defendants did not file any motions leading to the judgment being appealed and did not otherwise participate in that judgment. (*See* R. at 5 ("No answer or motion addressed to the Complaint shall be filed until so ordered by the Court.").) Defendants merely filed responses to some of Mr. Blake's improper motions to avoid any possibility of those motions being considered uncontested. *See* D. Kan. Rule 7.4(b). Until the PLRA screening process has completed, no defendant has the role to respond to the complaint or, as reasonably follows, to an appeal based on that complaint. Therefore, no defendant is a proper appellee in this current appeal, and no duties of appellees should apply to any defendant in this case for purposes of the current appeal.

To stay informed on the status of the case, the undersigned counsel wishes to continue receiving notice of orders issued in the case.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants Wallace, Gorman, and Chastain*

# CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of September, 2022, the foregoing document was electronically filed with the Clerk of the Tenth Circuit Court of Appeals using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Shaidon Blake #96323
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
*Plaintiff-Appellant, pro se*

                                                      */s/ Matthew L. Shoger*
                                                      Matthew L. Shoger
                                                      Assistant Attorney General