FILED
United States Court of Appeals
Tenth Circuit

September 23, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| SHAIDON BLAKE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> (FNU) WALLACE; (FNU) GORMAN; (FNU) CHASTAIN; CENTURION HEALTH SERVICES, <br><br> Defendants - Appellees, <br><br> and <br><br> CHRISTIAN (LNU), <br><br> Defendant. | No. 22-3163 <br> (D.C. No. 5:21-CV-03046-SAC) <br> (D. Kan.) |

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

On August 25, 2022, the court entered an order directing Mr. Blake to show cause as to why he should not pay the appellate filing fees in full before proceeding in this matter. *See* 28 U.S.C. § 1915(g); *Strope v. Cummings*, 653 F.3d 1271, 1273 (10th Cir. 2011). Mr. Blake filed a response to the order to show cause on September 22, 2022.

After careful review of Mr. Blake's response, we have determined that the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), applies to this appeal. *See Hafed v. Fed. Bureau of Prisons*, 635 F.3d 1172 (10th Cir. 2011); *White v. State of Colo.*, 157 F.3d

1226 (10th Cir. 1998); *see also Stine v. U.S. Fed. Bureau of Prisons*, 465 F. App'x 790, 793 (10th Cir. Mar. 8, 2012) (unpublished) (quoting *Ciarpaglini v. Saini*, 352 F.3d 328, 330 (7th Cir. 2003)). We have also determined that Mr. Blake has failed to make credible and specific allegations that he is in imminent danger of serious physical injury as defined in 28 U.S.C. § 1915(g).

Therefore, Mr. Blake is ordered to pay the $505.00 appellate filing fee to the district court 20 days of this order. If full payment is not received within that period of time, this appeal will be dismissed without further notice for lack of prosecution. *See* 28 U.S.C. § 1915(g); 10th Cir. R. 3.3(B) & 42.1.

> Entered for the Court
> CHRISTOPHER M. WOLPERT, Clerk
>
> *Lara Smith*
>
> by: Lara Smith
>     Counsel to the Clerk