UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                 Jane K. Castro
Clerk of Court                                                                    Chief Deputy Clerk

June 16, 2023

Shaidon Blake
State Prisoner: # 96323
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

     Re: 22-3163, Blake v. Wallace, et al.

Dear Mr. Blake:

I am writing in response to your "Request for Status Update & Submission of Additional Exhibit" dated June 12, 2023, which was received by the court on June 16, 2023.

As you know, the court dismissed the above-referenced appeal on October 17, 2022. The court's mandate issued that same day.

As we explained in our October 18, 2022 letter to you, because your appeal has been dismissed, we cannot accept any additional filings in that appeal unless and until it is reinstated pursuant to Tenth Circuit Rule 42.2. Accordingly, your "Request for Status Update & Submission of Additional Exhibit" has been received, but not filed, and no action will be taken on it.

Please be advised that further attempts to file the same or similar documents may not receive a response.

We regret we cannot be of greater assistance.

                                                                                    With kind regards,

                                                                                    Christopher M. Wolpert
                                                                                    Clerk of Court

CMW